IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAYNE M. WOODSON,                    )
                                      )
    Plaintiff,                        )
                                      )
    v.                                )          Case No. 3:13-cv-240-NJR-DGW
                                      )
DR. MAGID FAHIM, et al.,              )
                                      )
    Defendants.                       )

## ORDER

**WILKERSON, Magistrate Judge:**

    Now pending before the Court is the (fourth) Motion for Extension of Time to respond to the pending Motions for Summary Judgment filed by Plaintiff, Dwayne M. Woodson, on January 20, 2015 (Doc. 89).   The Motion is **GRANTED IN PART**.

    Plaintiff, who is housed at Menard Correctional Center, indicates that he has limited access to the law library due to various lockdowns, delays in reaching the law library, and the flooding that occurred in late December 2015.   Plaintiff also indicates that he has suffered from dental pain for which he is taking medication.   Plaintiff already has been granted a number of extensions of time; the pending Motions for Summary Judgment are not almost 6 months old.   Plaintiff is accordingly **GRANTED** until **February 26, 2016** to file responses to the pending Motions.   No further extensions will be granted.   Plaintiff is instructed to show this Order to law library staff who are encouraged to allow Plaintiff as much access to the law library as possible.

**IT IS SO ORDERED.**

**DATED: January 27, 2016**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**