041145/01245/TPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| DWAYNE M. WOODSON, #N10392,<br><br>      Plaintiff,<br><br>v.<br><br>DR. MAGID FAHIM, DR. SAM NWAOBASI, DR. JAMES KREIG, JESSIE CANADY, MICHAEL NELSON, TONYA SMITH, and KIMBERLY BUTLER,<br><br>      Defendants. | Case Number 3:13-cv-00240-DGW<br><br>Magistrate Judge Donald G. Wilkerson |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

COME NOW Defendants, DR. MAGID FAHIM and DR. SAM NWAOBASI, by and through their attorneys, CASSIDAY SCHADE LLP, and for their MOTION TO ENFORCE SETTLEMENT AGREEMENT , state as follows:

1. On October 26, 2017 the parties, including a Senior Claims Examiner for Markel Corporation, participated in a Settlement Conference with Magistrate Judge Williams, and reached an agreement to settle this case. [Doc. 147]. Negotiations pertaining to the dollar amount of the settlement were done in good faith, at arm's length, and included several offers, rejections, and counteroffers. Material terms of the settlement were known by, and agreed to, by all parties. The dollar amount of the settlement was to be confidential.

2. At the close of negotiations, the Court made a record of the terms of the settlement which included that the agreed upon dollar amount would remain confidential, a substitution of parties, substituting Wexford Health Sources, Inc. (Wexford) as a Defendant, and dismissing Dr. Nwaobasi and Dr. Fahim, each party to bear their own costs, including attorney fees, and that

Plaintiff would not file suit against Wexford, is employees, employees of the Illinois Department of Corrections, and any other prison health care staff member for future problems associated with his 2010 stroke unless there was a material change in his conditions after the execution of the release.

3. On November 6, 2017 the Court entered a 210 day Order to allow the parties time to finalize the settlement documents. [Doc. 148].

4. A draft release containing the terms of the settlement, including the agreed upon confidential dollar amount, was conveyed to Plaintiff's attorneys on November 1, 2017. Between November 1, 2017 and January 30, 2018 counsel for Defendants and Plaintiff exchanged in numerous telephone calls and e-mails regarding the wording of the release. The material terms of the settlement agreement, as discussed *supra*, including the confidential dollar amount, remained unchanged. (Copies of the draft releases, and many of the e-mails, contain the confidential dollar amount that Plaintiff agreed to however will be provided to the Court upon request for *in camera* review).

5. On February 28, 2018 Plaintiff's counsel notified the undersigned that Plaintiff did not agree with the terms as set forth *supra*, and now would only settle for $100,000 and an agreement that he be allowed to speak with counsel for Plaintiffs in the case *Lippert v. Ghosh et al.*, 10-cv-04603, a class action lawsuit pending in the Northern District of Illinois, and provide testimony as to the facts of this case and his medical care and treatment at Menard Correctional Center.

6. Plaintiff agreed to the terms as set forth in ¶ 2, including the confidential dollar Amount on October 26, 2017; the parties had an agreement in principle. Defense counsel, and the representative of Markel Corporation, participated in the settlement conference, and

subsequent negotiations on the wording of the release, in a good faith belief reliance on Plaintiff's agreement with the terms of the settlement and now move this Court to enforce the agreed to terms.

WHEREFORE Defendants, Samuel Nwaobasi, M.D. and Magid Fahim, M.D., pray the Court enforces the Settlement Agreement agreed to by the Plaintiff on October 26, 2017, and for any other relief the Court deems just and proper.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Carla G. Tolbert
    One of the Attorneys for Defendant, DR. MAGID FAHIM and DR. SAM NWAOBASI

Carla G. Tolbert
ARDC No. 6305104
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
ctolbert@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Christine M. McClimans, Esq.
Illinois Attorney General's Office
500 South Second Street
Springfield IL 62701
cmcclimans@atg.state.il.us


Mark J. Altschul, Esq.
Megan R. Braden, Esq.
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago IL 60601
mark.altschul@morganlewis.com
megan.braden@morganlewis.com


/s/ Carla G. Tolbert

8791096 CTOLBERT;CTOLBERT