## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE M. WOODSON, | ) |
|     Plaintiff, | ) Case No. 3:13-cv-240-DGW |
|     v. | ) Magistrate Judge Donald G. Wilkerson |
| DR. MAGID FAHIM, DR. SAM NWAOBASI, DR. JAMES KRIEG, JESSIE CANADY, MICHAEL NELSON, TONYA SMITH, and KIMBERLY BUTLER, | ) |
|     Defendants. | ) |

**PLAINTIFF'S AND DEFENDANTS' JOINT STATUS REPORT**

Plaintiff Dwayne M. Woodson ("Plaintiff") and Dr. James Krieg, Jessie Canady, Michael Nelson, Tonya Smith, and Jacqueline Lashbrook[1] (the "State Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully file this status report pursuant to the Court's January 11, 2019 Order (Dkt. No. 165):

1.    In 2013, Plaintiff filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This Court summarized that "[t]he principal thrust of the amended complaint is that Plaintiff was denied proper medical care for uncontrolled hypertension, which led to a near-fatal hemorrhagic stroke, and he has since been denied proper medical treatment—all in violation of his rights under the Eighth Amendment." (Dkt. No. 7 at p. 1.)

2.    On April 21, 2016, the Court assigned Plaintiff's undersigned counsel to represent Plaintiff in this matter. (Dkt. No. 103.)

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the current warden of Menard Correctional Center, Jacqueline Lashbrook, should be substituted for Kimberly Butler, the former warden. Ms. Butler was previously substituted for the former warden named as a defendant in this lawsuit, Richard Harrington, and the Clerk of Court was directed to reflect this change in the docket. (Dkt. No. 92 at p. 1.)

3.    On October 26, 2017, counsel for Plaintiff, and counsel for the State Defendants, and counsel for Drs. Magid Fahim and Sam Nwaobasi (the "Wexford Defendants") appeared in court for a settlement conference with Magistrate Judge Stephen C. Williams. (Dkt. No. 147.) Plaintiff appeared at the settlement conference via videoconference from Menard Correctional Center. (*Id.*) After the settlement conference, the Court entered a minute entry stating that "[t]he parties entered into a confidential settlement agreement." (*Id.*)

4.    Following the October 26, 2017 settlement conference, the parties' respective counsel diligently exchanged drafts of the specific language to be included in the written settlement agreements and releases.

5.    On November 30, 2018, Plaintiff and Defendant Wexford Health Sources, Inc.[2] filed a Joint Stipulation of Dismissal with Prejudice (Dkt. No. 161), which the Court acknowledged in subsequent orders. (Dkt. No. 162-163.) As a result, the only remaining parties in this lawsuit are Plaintiff and the State Defendants.

6.    On November 21, 2018, Plaintiff and the State Defendants filed a joint motion to postpone entry of judgment, advising the Court that a material term of the Parties' settlement agreement is not scheduled to occur until early May 2019 and requested that the Court extend the entry of judgment in this matter until and through June 2019, at which point the Parties expect that all terms of the agreement to be fulfilled. (Dkt No. 159.)

7.    Due to the settlement agreement's confidentiality provisions, the Parties cannot disclose the nature of the material term.

8.    On November 26, 2018, the Court granted Plaintiff's motion and ordered that "The

---

[2] On November 21, 2018, Plaintiff petitioned this Court to dismiss the Wexford Defendants (Drs. Magid Fahim and Sam Nwaobasi) and substitute in Wexford Health Sources, Inc. as a defendant in this case. (Dkt. No. 158.) On November 26, 2018, the Court granted this request. (Dkt. No. 160.)

Clerk of Court is DIRECTED to terminate this matter on June 28, 2019 absent a motion by the parties…." (Dkt. No. 160.)

9. The Parties expect that all material terms of the agreement will be fulfilled by June 2019.

10. If that is the case, then Plaintiff expects to voluntarily dismiss with prejudice the State Defendants in or before June 2019.

Dated: January 16, 2019

| **PLAINTIFF DWAYNE M. WOODSON** | **DEFENDANTS DR. JAMES KRIEG, JESSIE CANADY, MICHAEL NELSON, TONYA SMITH, and JACQUELINE LASHBROOK** |
|---|---|
| By: /s/ Mark J. Altschul | By: /s/ Christine McClimans (with consent) |
| Mark J. Altschul<br>Megan R. Braden<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Tel.: (312) 324-1000<br>Fax: (312) 324-1001<br>Email: mark.altschul@morganlewis.com<br>        megan.braden@morganlewis.com | Christine McClimans<br>Illinois Attorney General's Office – Metro East Regional Office<br>201 West Pointe Drive, Ste. 7<br>Swansea, Illinois 62226<br>Tel.: (217) 782-9014<br>Fax: (217) 524-5091<br>Email: cmcclimans@atg.state.il.us |

## **CERTIFICATE OF SERVICE**

I, Mark J. Altschul, an attorney, certify that I filed the foregoing document using the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record on this 16th day of January, 2019.

/s/ Mark J. Altschul
Mark J. Altschul